UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

    Plaintiff,                          Case No. 1:15–cv–00681–RJJ

v.                                       Hon. Robert J. Jonker

TRANSWORLD SYSTEMS INC., et al.,

    Defendants.
_____/

## NOTICE OF RECEIPT OF CASE

      NOTICE is hereby given that this case has been received, and filed in this court on June 29, 2015.  It has been assigned the case number and judge set forth above.

                                            TRACEY CORDES
                                            CLERK OF COURT

Dated:  June 30, 2015        By:    /s/ A. Doezema_____
                                                   Deputy Clerk