1:15-cv-681

Robert J. Jonker - U.S. District Judge

Hugh W. Brenneman - U.S. Magistrate Judge

FILED - GR
July 10, 2015 9:03 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clp/     SCANNED BY: ___

7-9-15

I'm so sorry I am blind as a bat and errored the first Summons. I have made the Corrections needed for my Case Please See Corrected Summons and thank you so much for your time and for what you do.

God bless you
Rehel Hays
269-479-8471