UNITED STATES DISTRICT COURT
*for the*
WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

**FILED - GR**
October 19, 2015 10:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /       Scanned: _____

REBEL HAYS

    PLAINTIFF.                    Case No. 1:15-cv-00681

V.

                                   Hon. Judge. Robert J. Jonker

TRANSWORLD SYSTEMS INC. (TSI)

KRISOR & ASSOCIATES.
&  JOHN D. KRISOR JR  (Individually)
   BROOKS J. GRAINGER  (Individually)
   IAN M. SEPTOSKI  (Individually)


    DEFENDANTS.
_____./

## Certificate of Service

I Rebel Hays hereby certify that on October 14th 2015, I have mailed copies of reply to Defendants Notice of Offer of Judgment via certified first class US mail, postage pre-paid, to the following address of this notice listed below:

Krisor & Associates
PO Box 6200
South Bend IN. 46660

x _____
Rebel Hays