# 1

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Rebel Hays
    Plaintiff

CASE NO. 1:15-cv-681

vs.

Hon, Robert J. Jonker

Transworld Systems, Inc., *et al.*
    Defendants

_____/

**OFFER OF JUDGMENT**

Defendants, Krisor & Associates, John D. Krisor Jr, Brooks J. Grainger and Ian M. Septoski, by counsel, pursuant to Fed. R. Civ. P. 68, hereby offers to allow Plaintiff, Rebel Hays, to obtain a judgment against it in the amount of One Thousand and One Dollars ($1,001.00) plus all of his "costs" as defined by Fed. R. Civ. P. 54. If this offer is not accepted within fourteen (14) days after being served, the offer is considered withdrawn.

Respectfully submitted,

/s/ Brooks J. Grainger
_____
Brooks J. Grainger (19362-71)
Attorney for Defendants
Krisor & Associates, John D. Krisor Jr.,
Brooks J. Grainger, and Ian M. Septoski,
PO Box 6200
South Bend, IN  46660
(574) 272-1000