AO 440 (Rev. 01/09) Summons in a Civil Action - MIWD (Rev. 10/12)

RETURN

## SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

REBEL HAYS

v.

TRANSWORLD SYSTEMS INC (TSI)

Case No. 1:15-CV-681
Hon. Robert J. Jonker

TO: TRANSWORLD SYSTEMS INC. (TSI)
ADDRESS: CT CORP. SYS
~~5400 D BIG TYLER ROAD~~
~~CHARLESTON WV 25313~~
30600 Telegraph
Bingham Farms MI.

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
REBEL HAYS
1120 CEDAR ST
NILES, MI. 49120

TRACEY CORDES, CLERK OF COURT

**FILED - GR**
November 30, 2015 12:35 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / ____ Scanned: _____

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 229 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

By: Deputy Clerk    Date 7-10-15

## PROOF OF SERVICE

This summons for __TRANSWORLD SYSTEMS INC. (TSI)__ was received by me on __11/4/15__
(name of individual and title, if any)                                        (date)

☒ I personally served the summons on the individual at __30600 TELEGRAPH RD., BINGHAM FARMS MICHIGAN__
on __11/10/15__.
(place where served)
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☐ I served the summons on _____, who is designated by law to accept service
(name of individual)
of process on behalf of _____ on _____.
(name of organization)                                 (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

Server's signature

Additional information regarding attempted service, etc.:

**SPECIAL DEPUTY FORTUNA #1542**
Server's printed name and title
**1200 N TELEGRAPH PONTIAC, MICHIGAN $*#$!**
Server's address