UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

       Plaintiff,                          Case No. 1:15–cv–00681–RJJ–RSK

v.                                 Hon. Robert J. Jonker

TRANSWORLD SYSTEMS INC., et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion for Entry of Judgment – #13 |
| Date/Time: | June 15, 2016   10:00 AM<br>*(previously set for 6/1/2016 at 11:15 AM)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

                                        RAY KENT
                                        U.S. Magistrate Judge

Dated:  May 27, 2016        By:   /s/ Faith Hunter Webb
                                              Judicial Assistant