UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: 1:15-cv-00681-RJJ-RSK | | | |
|---|---|---|---|
| Caption:  Hays v. Transworld Systems Inc. et al | | | |
| **Date:** June 15, 2016 | **Time:** 10:02 - 10:09 AM; 10:21 - 10:25 AM | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF(S):** | PRO SE | Rebel Hays |
| **DEFENDANT(S):** | Brooks J. Grainger | Transworld Systems Inc.<br><br>Krisor & Associates<br>John D. Krisor, Jr.<br>Brooks J. Grainger<br>Ian M. Septoski |

## PROCEEDINGS

NATURE OF HEARING:

MOTION HEARING held re Plaintiff's MOTION for entry of judgment.  (Docket 13).


The parties reached a settlement of the case as to defendants Krisor & Associates, John D. Krisor, Jr., Brooks J. Grainger, and Ian M. Septoski. Stipulation and order of dismissal to be filed.

Proceedings Digitally Recorded

Deputy Clerk: J. Manders