IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

Rebel Hays
    Plaintiff

CASE NO. 1:15-cv-681

vs.

Hon, Robert J. Jonker

Transworld Systems, Inc., et al.
    Defendants
_____/

### MOTION TO DISMISS WITH PREJUDICE

Comes now Rebel Hays ("Plaintiff"), Krisor & Associates, John D. Krisor, Jr, Brooks J. Grainger and Ian M. Septoski ("Krisor Defendants") and move this Court to dismiss this case with prejudice and in support thereof states:

1. They have settled their differences in this matter and do not wish to pursue further litigation.
2. Plaintiff acknowledges receipt of all funds due to him in this matter on June 15, 2016.
3. The parties acknowledge that the claims against Trans World Systems, Inc. remain pending.

Where for Plaintiff and Krisor Defendants pray this Court dismiss this cause with prejudice and for all other just and proper relief.

_/s/ Rebel Hays_    Date: 6/21/16
Rebel Hays, Pro Se

_/s/ Brooks J. Grainger_    Date: 7/12/16
Brooks J. Grainger (19362-71)
Attorney for Defendants
Krisor & Associates
P.O. Box 6200
South Bend, IN 46660
(574) 272-1000