UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

    Plaintiff,

v.

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

File No: 1:15-CV-681

HON. ROBERT J. JONKER

### ORDER SETTING DEADLINE FOR CLOSING DOCUMENTS

The Court was advised by defense counsel's office on September 6, 2016, that the parties have reached a settlement.

Accordingly, closing documents shall be filed no later than **October 6, 2016**. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

The Rule 16 Scheduling Conference set for September 7, 2016 before Magistrate Judge Kent, is adjourned.

Date:   September 6, 2016

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE