UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

       Plaintiff,

Case No. 1:15-cv-00681

v.

TRANSWORLD SYSTEMS, INC.,

       Defendant.
_____/

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between the parties that this matter is dismissed with prejudice and without costs or attorney fees.

| | |
|---|---|
| */s/Rebel Hays* | */s/Deborah A. Lujan* |
| REBEL HAYS | DEBORAH A. LUJAN (P46990) |
| In Pro Per | Attorney for Defendant |
| 1120 Cedar St. | 4000 Town Center, 9th Floor |
| Niles, MI 49120 | Southfield, MI 48075 |
| (269) 743-4102 | (248) 355-4141 |
| rebelhays@comcast.net | deborah.lujan@ceflawyers.com |

Dated: October 4, 2016