UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REBEL HAYS,

    Plaintiff,

v.

                                    Case No. 1:15-cv-00681

TRANSWORLD SYSTEMS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

At a session of said Court held on:

October 5, 2016

PRESENT: HON. ROBERT J. JONKER
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE

Upon reading and filing of the above Stipulation, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs or attorney fees.

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE